**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21175-JBS |
| | § | |
| JAMES PHILLOS | § | |
| DONNA PHILLOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/27/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | | |
|---|---|---|
| Date Mailed: 06/03/2013 | By: | /s/ David P. Leibowitz |
| | | (Trustee) |

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 12-21175-JBS |
|---|---|---|
| | § | |
| JAMES PHILLOS | § | |
| DONNA PHILLOS | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $14,638.00
*and approved disbursements of*     $4,947.53
*leaving a balance on hand of[1]:*     $9,690.47

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $9,690.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,722.41 | $0.00 | $1,722.41 |
| David P. Leibowitz, Trustee Expenses | $2.90 | $0.00 | $2.90 |

Total to be paid for chapter 7 administrative expenses:     $1,725.31
Remaining balance:     $7,965.16

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $7,965.16

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $7,965.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,809.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $9,157.10 | $0.00 | $3,505.05 |
| 2 | Capital One Bank (USA), N.A. | $5,034.82 | $0.00 | $1,927.17 |
| 3 | Citibank, N.A. | $6,190.65 | $0.00 | $2,369.58 |
| 4 | GE Capital Retail Bank | $426.79 | $0.00 | $163.36 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $7,965.16 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-21175-JBS
James Phillos Chapter 7
Donna Phillos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: lkorotko  Page 1 of 3  Date Rcvd: Jun 04, 2013
                Form ID: pdf006  Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2013.
```
db/jdb         +James Phillos,   Donna Phillos,    1436 Center Street,    Des Plaines, IL 60018-1721
18951412       +Bank Of America,   Po Box 982238,    El Paso, TX 79998-2238
18951413       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
18951414      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20311687        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
18951416       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19849527        Citibank, N.A.,   c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
18951419       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18951420       +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
18951423       +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2411
18951424       +Pnc Bank,    1 Cascade Plz,    Akron, OH 44308-1198
18951425       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18951427       +Trident Asset Manageme,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19622533        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2013 03:43:55     Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
18951415       +E-mail/Text: bankruptcy@arvest.com Jun 05 2013 02:58:33      Central Mortgage Co,
                 801 John Barrow Rd Ste 1,    Little Rock, AR 72205-6511
19569951        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2013 03:11:59      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18951417       +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2013 03:11:59      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19900285       +E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:15:59      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, Florida 33131-1605
18951418       +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2013 03:10:28      Gecrb/Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
18951421       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 05 2013 04:16:30      Nco Fin/99,
                 Po Box 15636,    Wilmington, DE 19850-5636
18951422       +E-mail/Text: bankrup@aglresources.com Jun 05 2013 02:52:27      Nicor Gas,   1844 Ferry Road,
                 Naperville, IL 60563-9600
20354123        E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:15:59      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354124        E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:14:38
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
18951426       +E-mail/Text: bankruptcy@sw-credit.com Jun 05 2013 04:09:56      Southwest Credit Syste,
                 5910 W Plano Pkwy Ste 10,    Plano, TX 75093-2202
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lkorotko              Page 2 of 3              Date Rcvd: Jun 04, 2013
                              Form ID: pdf006             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                        **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko           Page 3 of 3            Date Rcvd: Jun 04, 2013
                              Form ID: pdf006          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2013 at the address(es) listed below:
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          George   Pecherek    on behalf of Joint Debtor Donna   Phillos pechereklawfirm@aol.com
          George   Pecherek    on behalf of Debtor James   Phillos pechereklawfirm@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                    TOTAL: 5