**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21175-JBS |
| | § | |
| JAMES PHILLOS | § | |
| DONNA PHILLOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $220,614.67 | Assets Exempt: | $42,863.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,965.16 | Claims Discharged Without Payment: | $60,189.20 |
| Total Expenses of Administration: | $1,758.91 | | |

3)   Total gross receipts of $14,638.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,913.93 (see **Exhibit 2),** yielded net receipts of $9,724.07 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $328,899.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,758.91 | $1,758.91 | $1,758.91 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $67,121.00 | $20,809.36 | $20,809.36 | $7,965.16 |
| **Total Disbursements** | $396,020.00 | $22,568.27 | $22,568.27 | $9,724.07 |

4). This case was originally filed under chapter 7 on 05/24/2012. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/14/2013</u>     By:  <u>/s/ David P. Leibowitz</u>
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund last few years has been around | 1124-000 | $8,138.00 |
| Fifth Third Bank | 1129-000 | $6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,638.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| JAMES PHILLOS AND DONNA PHILLOS | Exemptions | 8100-002 | $4,913.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,913.93** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Mortgage Co | 4110-000 | $290,963.00 | NA | $0.00 | $0.00 |
| | Kia Motors Finance | 4110-000 | $13,802.00 | NA | $0.00 | $0.00 |
| | Pnc Bank | 4110-000 | $24,134.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$328,899.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,722.41 | $1,722.41 | $1,722.41 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.90 | $2.90 | $2.90 |
| Green Bank | 2600-000 | NA | $33.60 | $33.60 | $33.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,758.91** | **$1,758.91** | **$1,758.91** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $8,787.00 | $9,157.10 | $9,157.10 | $3,505.05 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $4,817.00 | $5,034.82 | $5,034.82 | $1,927.17 |
| 3 | Citibank, N.A. | 7100-900 | $5,871.00 | $6,190.65 | $6,190.65 | $2,369.58 |
| 4 | GE Capital Retail Bank | 7100-900 | $301.00 | $426.79 | $426.79 | $163.36 |
|  | Bank Of America | 7100-000 | $17,465.00 | NA | NA | $0.00 |
|  | Bank Of America | 7100-000 | $4,925.00 | NA | NA | $0.00 |
|  | Barclays Bank Delaware | 7100-000 | $242.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $6,148.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $5,546.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $4,360.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $3,474.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $2,793.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $1,502.00 | NA | NA | $0.00 |
|  | Nco Fin/99 | 7100-000 | $279.00 | NA | NA | $0.00 |
|  | Nicor Gas | 7100-000 | $150.00 | NA | NA | $0.00 |
|  | Pinnacle Financial Gro | 7100-000 | $190.00 | NA | NA | $0.00 |
|  | Southwest Credit Syste | 7100-000 | $191.00 | NA | NA | $0.00 |
|  | Trident Asset Manageme | 7100-000 | $80.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $67,121.00 | $20,809.36 | $20,809.36 | $7,965.16 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-21175-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PHILLOS, JAMES AND PHILLOS, DONNA | Date Filed (f) or Converted (c): | 05/24/2012 (f) |
| For the Period Ending: | 10/14/2013 | §341(a) Meeting Date: | 07/30/2012 |
| | | Claims Bar Date: | 01/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1436 Center Street Des Plaines Il 60018 | $209,000.00 | $0.00 | | $0.00 | FA |
| 2 | Fifth Third Bank | $7,000.00 | $6,500.00 | | $6,500.00 | FA |
| 3 | Home | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 4 | Home | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Home | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Jewelry | $4,000.00 | $0.00 | | $0.00 | FA |
| 7 | Misc items | $500.00 | $0.00 | | $0.00 | FA |
| 8 | New York Life Insurance Policy; death insurance | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Nationwide Retirement Solutions 457(b) Plan | $6,114.67 | $6,114.67 | | $0.00 | FA |
| 10 | Police Pension | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Tax Refund last few years has been around | $10,000.00 | $10,000.00 | | $8,138.00 | FA |
| 12 | 2012 KIA Sorento | $14,000.00 | $198.00 | | $0.00 | FA |
| 13 | 2000 Ford Mustang - paid off | $3,118.00 | $0.00 | | $0.00 | FA |
| 14 | 2002 Honda VTX 1800 Motorcyle - paid off | $3,245.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| $263,477.67 | $27,812.67 | | $14,638.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/18/2012 | Tax Intercept and equity in Debtor's bank account |
| 11/29/2012 | Tax Refund and Equity and Bank Account |
| 11/30/2012 | Tax Intercept Completed |
| 12/13/2012 | Debtors to pay $6500.00 for equity in bank account and Tax Intercept Completed. |
| 03/13/2013 | Review Claims and Prepare TFR |
| 03/25/2013 | Prepare entitled portion check from tax refund to debtor (s) |
| 05/17/2013 | TFR completed. |

**Initial Projected Date Of Final Report (TFR):**    12/31/2013      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**    05/17/2013      DAVID LEIBOWITZ

| Case No. | 12-21175-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PHILLOS, JAMES AND PHILLOS, DONNA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2887 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | ******2888 | | Account Title: | |
| For Period Beginning: | 5/24/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/14/2013 | (2) | JAMES PHILLOS AND DONNA PHILLOS | Frist payment | 1129-000 | $2,166.67 | | $2,166.67 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.69 | $2,164.98 |
| 02/15/2013 | (2) | PHILLOS, JAMES AND PHILLOS, DONNA | Second payment | 1129-000 | $2,167.00 | | $4,331.98 |
| 02/28/2013 | (2) | PHILLOS, JAMES AND PHILLOS, DONNA | Adjustment for incorrect amount on deposit of 02/15/2013 | 1129-000 | ($0.33) | | $4,331.65 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.28 | $4,327.37 |
| 03/13/2013 | (2) | PHILLOS, JAMES AND PHILLOS, DONNA | Payment | 1129-000 | $2,166.66 | | $6,494.03 |
| 03/22/2013 | (11) | United States Treasury | Tax Return | 1124-000 | $8,138.00 | | $14,632.03 |
| 03/26/2013 | 3001 | JAMES PHILLOS AND DONNA PHILLOS | Entitled portion of Tax refund. | 8100-002 | | $4,913.93 | $9,718.10 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.97 | $9,706.13 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.66 | $9,690.47 |
| 07/02/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,722.41 | $7,968.06 |
| 07/02/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.90 | $7,965.16 |
| 07/02/2013 | 3004 | Discover Bank | Claim #: 1; Amount Claimed: 9,157.10; Amount Allowed: 9,157.10; Distribution Dividend: 38.28; | 7100-900 | | $3,505.05 | $4,460.11 |
| 07/02/2013 | 3005 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 5,034.82; Amount Allowed: 5,034.82; Distribution Dividend: 38.28; | 7100-900 | | $1,927.17 | $2,532.94 |
| 07/02/2013 | 3006 | Citibank, N.A. | Claim #: 3; Amount Claimed: 6,190.65; Amount Allowed: 6,190.65; Distribution Dividend: 38.28; | 7100-900 | | $2,369.58 | $163.36 |
| 07/02/2013 | 3007 | GE Capital Retail Bank | Claim #: 4; Amount Claimed: 426.79; Amount Allowed: 426.79; Distribution Dividend: 38.28; | 7100-900 | | $163.36 | $0.00 |

| | | | | SUBTOTALS | $14,638.00 | $14,638.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 12-21175-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PHILLOS, JAMES AND PHILLOS, DONNA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2887 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | ******2888 | | Account Title: | |
| For Period Beginning: | 5/24/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $14,638.00 | $14,638.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $14,638.00 | $14,638.00 | |
| | | | Less: Payments to debtors | | $0.00 | $4,913.93 | |
| | | | **Net** | | $14,638.00 | $9,724.07 | |

| **For the period of 5/24/2012 to 10/14/2013** | | **For the entire history of the account between 01/14/2013 to 10/14/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $14,638.00 | Total Compensable Receipts: | $14,638.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,638.00 | Total Comp/Non Comp Receipts: | $14,638.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,724.07 | Total Compensable Disbursements: | $9,724.07 |
| Total Non-Compensable Disbursements: | $4,913.93 | Total Non-Compensable Disbursements: | $4,913.93 |
| Total Comp/Non Comp Disbursements: | $14,638.00 | Total Comp/Non Comp Disbursements: | $14,638.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-21175-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | PHILLOS, JAMES AND PHILLOS, DONNA | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******2887 | **Checking Acct #:** ******7501 |
| **Co-Debtor Taxpayer ID #:** | ******2888 | **Account Title:** |
| **For Period Beginning:** | 5/24/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/14/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $14,638.00 | $14,638.00 | $0.00 |

**For the period of 5/24/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $14,638.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,638.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,724.07 |
| Total Non-Compensable Disbursements: | $4,913.93 |
| Total Comp/Non Comp Disbursements: | $14,638.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/24/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $14,638.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,638.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,724.07 |
| Total Non-Compensable Disbursements: | $4,913.93 |
| Total Comp/Non Comp Disbursements: | $14,638.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ